UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MICHAEL S. DONOVAN,</u>
    Petitioner,

               Civil Action

  v.

                No. 04-11761-EFH

KATHLEEN DENNEHY, Commissioner of
<u>Correction and LOIS A. RUSSO, Superintendent,</u>
    Respondents.

ORDER ON APPLICATION TO PROCEED
<u>WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT</u>

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐ The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒ The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED AS MOOT for the following reason(s):

  Petitioner paid the $5 filing fee when he filed this action.

☐ It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.


  8/17/04         <u>s/ Edward F. Harrington</u>
DATE           UNITED STATES DISTRICT JUDGE