UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL S. DONOVAN,<br>Petitioner,<br><br>v.<br><br>LOIS A. RUSSO, SUPERINTENDENT,<br>Respondent. | Civil Action No. 04-11761-EFH |

### MOTION TO ENLARGE THE TIME
### FOR FILING AN ANSWER

The respondent, Lois A. Russo, Superintendent of Souza-Baranowski Correctional Center, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to October 25, 2004.

As grounds therefor, the respondents' attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has just obtained part of the record of the petitioner's state court proceedings from the Worcester County District Attorney's office. Additional time will be needed to review these documents, to determine what further records are available, to research relevant issues and to draft an appropriate response to the petition.

3. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include more than twenty-five federal habeas corpus petitions as well as direct

2

criminal appeals, new trial motions, civil rights litigation and parole and probation matters. During the next several weeks the respondent's attorney will be researching and drafting memoranda on the merits in two cases and three answers/supplemental answers in newly assigned federal habeas petitions.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to October 25, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, pro se, on September 8, 200, by first class mail, postage prepaid, at the following address:

Michael S. Donovan, pro se
Souza-Baranowski Correctional Center
Harvard Road
Box 8000
Shirley, MA 01464

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL S. DONOVAN,
    Petitioner,

v.                              Civil Action No. 04-11761-EFH

LOIS A. RUSSO, SUPERINTENDENT,
    Respondent.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060