UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL S. DONOVAN,<br>    Plaintiff<br><br>  v.<br><br>KATHLEEN M. DENNEHY,<br>Commissioner of Corrections, et al.,<br>    Defendants. | CIVIL ACTION NO.:<br>04-11761-EFH |

**O R D E R**

October 5, 2004

HARRINGTON, S.D.J.

 Upon review of the record in this case, the Court rules as follows on the below-listed motion:

 Defendant Russo's Motion for Extension of Time [No. 5] is allowed.

 SO ORDERED.

             /s/ Edward F. Harrington
             EDWARD F. HARRINGTON
             United States Senior District Judge