UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL S. DONOVAN,<br>Petitioner,<br><br>v.<br><br>LOIS A. RUSSO, SUPERINTENDENT,<br>Respondent. | Civil Action No. 04-11761-EFH |

### MOTION TO ENLARGE THE TIME
### FOR FILING AN ANSWER OR OTHER RESPONSIVE PLEADING

The respondent, Lois A. Russo, Superintendent of Souza-Baranowski Correctional Center, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to November 8, 2004.

As grounds therefor, the respondent's attorney states that she is still awaiting receipt of part of the petitioner's state court record from the Worcester County District Attorney's office. The petitioner filed his Brief to the Massachusetts Appeals Court and Application for Further Appellate Review to the Supreme Judicial Court with his petition but failed to include a copy of the Record Appendix. Additional time will be needed to review the document when it arrives and to draft an appropriate answer and/or dispositive motion and memorandum.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to November 8, 2004. .

2

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, pro se, on October 25, 2004 by first class mail, postage prepaid, at the following address:

Michael S. Donovan, pro se
Souza-Baranowski Correctional Center
Harvard Road
Box 8000
Shirley, MA 01464

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General