UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL S. DONOVAN,<br>    Petitioner, | )<br>)<br>) |
| v. | )    Civil Action No. 04-11761-EFH |
| LOIS RUSSO, SUPERINTENDENT,<br>    Respondent. | )<br>)<br>)<br>) |

## MOTION TO DISMISS

The respondent in the above-captioned petition for writ of habeas corpus respectfully moves this Court to dismiss the action for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). The petitioner has failed to exhaust state remedies on each and every claim asserted, as required by 28 U.S.C. § 2254(b)(1)-(2).

A memorandum in support of this motion is attached.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL

                                          */s/ Annette C. Benedetto*
                                          Annette C. Benedetto
                                          Assistant Attorney General
                                          Criminal Bureau
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 727-2200
                                          BBO No. 037060