December 14, 2004

To: Sandra Holahan, Docket Clerk
Fr: Michael S. Donovan
Re: Motion To Dismiss-12/08/04

**Case Name: Donovan V. Russo**
**Case Number: 1:04-cv-11761**

Sandra Holahan,

    I am writing in regards to the recent notification from the Court stating that my case has been dismissed due to **PETITIONER'S FAILURE TO RESPOND**. Allow me to bring to the Court's attention, that my failure to repond, was done solely out of not being aware that I had something to respond to. According to my records, the last action taken in regards to my case, was a Motion[7] Granting an extension of time to the Defendant. (I ask that if there is a way to verify this through the Institutional Mail Room, that the Court please do so) If I had received notice, I would have been more than happy to respond, as this case is in regards to my imprisonment for life, which is not something that I take very lightly.

    That being said, I would like to request from this Court, that the **Dismissal** in this case be reconsidered, or at the very least, that I be allowed to refile my claim(without prejudice), as I truly feel that I should not be held accountable for something that I was not aware of.

    Please allow me to thank you in advance for your attention in this matter, and for any consideration that you may be able to provide me.

Respectfully Submitted,

Michael S. Donovan, pro-se
SBCC
P.O. Box 8000
Shirley, Ma. 01464